UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-341 DWF

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHRISTA MARY NIELSON,

Defendant.

**SATISFACTION OF MONETARY IMPOSITION**

The fine of $300.00 and special assessment of $100.00 in the above-entitled action has been paid in full or otherwise settled through compromise.

THEREFORE, the Clerk of the United States District Court for the District of Minnesota may satisfy and cancel the monetary judgment of record in the amount of $400.00.

Dated: March 21, 2005

THOMAS B. HEFFELFINGER
United States Attorney

M Trippler

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600